# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LOPEZ, *et al.*, | |
| Plaintiffs, | Case No. 2:06-cv-00951-BES-GWF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | **Motion for Attorney Fees - #153** |
| Defendants. | |

This matter is before the Court on Defendants' Motion for Attorney's Fees and Costs and Affidavit Regarding Same Pursuant to Magistrate Judge Foley's Hearing on August 19, 2008 and Minutes (#152) (#153), filed on August 22, 2008; Plaintiffs' Opposition to Defendants' Motion for Attorney's Fees and Costs and Affidavit Regarding Same Pursuant to Magistrate Judge Foley's Hearing on August 19, 2008 and Minutes (#152) (#154), filed on August 29, 2008; and Defendants' Reply Supporting Defendants' Motion for Attorney's Fees and Costs and Affidavit Regarding Same Pursuant to Magistrate Judge Foley's Hearing on August 19, 2008 and Minutes (#152) (#155), filed on September 5, 2008.

## BACKGROUND & DISCUSSION

On May 21, 2008, the Court issued Order (#135), which awarded attorneys' fees in the amount of $5, 218.00 to Defendants. Defendants filed a Motion for Order to Show Cause (#147) because Plaintiffs failed to pay the award of fees by the deadline. On August 12, 2008, the Court issued Order (#149), which scheduled a hearing to show cause why sanctions should not be imposed upon Plaintiffs for their failure to comply with Order (#135) to pay the award of fees to Defendants. During the August 19, 2008 hearing, Plaintiffs' counsel informed the Court that he would personally pay the sanctions as

Plaintiffs are indigent and do not have the funds to pay them.  The Court directed Defendants' counsel to file an application for attorney's fees and costs in regard to the order to show cause setting forth a sufficient description of the number of hours expended by Defendants' counsel.  The Court indicated, however, that it would moderate the award of any additional award of fees based on Plaintiffs' counsel's statement that he would pay them.

After reviewing Defendants' Motion for Attorney's Fees and Costs and Affidavit Regarding Same Pursuant to Magistrate Judge Foley's Hearing on August 19, 2008 and Minutes (#152) (#153), the Court finds that Defendants request for attorney's fees incurred in preparing and filing their Motion for Order to Show Cause (#147) is reasonable.  However, the Court has reduced the award of fees and costs to $500.00 based on the representation that the previous sanction award of $5,218.00 as well as this sanction award are being paid by Plaintiffs' counsel.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Attorney's Fees and Costs and Affidavit Regarding Same Pursuant to Magistrate Judge Foley's Hearing on August 19, 2008 and Minutes (#152) (#153) is **granted**.  Plaintiffs' counsel shall pay Defendants **$500.00** for attorney's fees and costs reasonably incurred by Defendants regarding their Motion for Order to Show Cause (#147).  Furthermore, Plaintiffs' counsel is ordered to make this payment to Defendant within **thirty (30) days** of this order.

DATED this 9th day of September, 2008.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE